UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO RILEY,<br><br>            Petitioner,<br><br>    v.<br><br>PRUDHLE,<br><br>            Respondent. | Case No. 2:24-cv-01363-JDP (HC)<br><br>**ORDER**<br><br>DIRECTING PETITIONER TO FILE EITHER AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR THE REQUIRED FILING FEE |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

1

IT IS SO ORDERED.

Dated:   July 15, 2024

                         JEREMY D. PETERSON
                         UNITED STATES MAGISTRATE JUDGE