UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICO RILEY,

        Petitioner,

   v.

PRUDHLE,

        Respondent.

Case No.  2:24-cv-1363-TLN-JDP (P)

**ORDER**

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2024, the magistrate judge filed findings and recommendations which were served on petitioner, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  The deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  The Court has reviewed the file and finds the findings and recommendations to be

1

supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2024, (ECF No. 5), are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to pay the filing fee, to prosecute, and to comply with court orders for the reasons set forth in the prior order on September 30, 2024, (ECF No. 4);
3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and
4. The Clerk of Court is directed to close the case.

DATE: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE